UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEE OSBORNE,<br><br>            Plaintiff,<br><br>vs.<br><br>TULARE COUNTY SHERIFF'S DEPT., et al.,<br><br>            Defendants.<br>_____/ | 1:03-cv-05423-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

Plaintiff, Jack Lee Osborne ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2006, the Court issued an Order dismissing the Complaint for Plaintiff's failure to state a claim on which relief could be granted.  Plaintiff, however, failed to file an Amended Complaint curing the deficiencies outlined by the Court in the Order.  Thus, on April 18, 2006, the Magistrate Judge filed Findings and Recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty

1

1  (20) days. To date, plaintiff has not filed objections thereto.[1]

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.  The Findings and Recommendations, filed April 18, 2006,
9  are ADOPTED in full;

10      2.  The Complaint, and therefore this action, is DISMISSED
11  based on plaintiff's failure to obey the court's order of March
12  9, 2006, pursuant to Local Rule 11-110, and for failure to state
13  a claim on which relief can be granted;

14      3.  The Clerk of the Court is directed to enter judgment
15  for defendants.

16      IT IS SO ORDERED.

17  **Dated:  May 26, 2006**                    /s/ Robert E. Coyle
    668554                                  UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on May 1, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Paroled. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. <u>See</u> Local Rule 83-182(f).

2